**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
Telephone:   (702) 257-1997
Facsimile:   (702) 257-2203
ssplaine@lgclawoffice.com

James K. Schultz, Esq. (NV Bar No. 10219)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Telephone: (619) 758-1891
jschultz@sessions.legal

Attorneys Defendant,
JEFFERSON CAPITAL SYSTEMS, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADOLFO GOROCICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br><br>            Defendant. | Case No: 2:20-cv-00828-JAD-BNW<br><br>**JOINT STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

NOW COMES defendant Jefferson Capital Systems, LLC, ("JCAP") by and through undersigned counsel, and plaintiff Adolfo Gorocica, by and through undersigned counsel, and hereby jointly stipulate that JCAP shall have an

extension of time to respond to plaintiff's complaint, up to and including June 16, 2020.

| | |
|---|---|
| */s/Michael Kind* | */s/James K. Schultz* |
| Michael Kind, Esq. | James K. Schutlz, Esq. |
| Kind Law | Sessions Fishman Nathan & Israel |
| 8860 South Maryland Parkway | 1545 Hotel Circle South, Ste. 150 |
| Suite 106 | San Diego, CA 92108 |
| Las Vegas, Nevada 89123 | Telephone: (312) 504-3485 |
| Telephone: (702) 337-2322 | Counsel for Defendant, |
| Counsel for Plaintiff, | Jefferson Capital Systems, LLC |
| Adolfo Gorocica | |

**IT IS SO ORDERED**

**DATED: June 02, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**